NO. SCWC-27851

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

ROSEMARIE A. JAYLO, Respondent/Plaintiff-Appellee,

vs.

ALDO M. JAYLO, Petitioner/Defendant-Appellant.
(NO.  27851)

----------------------------------------------------------------

ROSEMARIE AGUIRRE JAYLO, Respondent/Plaintiff-Appellant,

vs.

ALDO MACAPAL JAYLO, Petitioner/Defendant-Appellee.
(NO.  28049)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 27851 and 28049; FC-DIVORCE NO. 96-1929)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant/Appellee Aldo Macapal

Jaylo's application for writ of certiorari, filed on May 31,

2011, is hereby accepted and will be scheduled for oral argument.

_____

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.

The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, July 8, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Robert M. Harris
for petitioner/defendant-
appellant/appellee on the
application